UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPITA MARTINEZ,<br><br>      Plaintiff,<br><br>v.<br><br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC et al.,<br><br>      Defendants. | Case No. 2:24-cv-05750-SB-MAA<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

On August 8, 2024, the Court granted the parties' stipulation to stay the case and submit their dispute to binding arbitration. Dkt. No. 20. The Court administratively closed the case; ordered the parties to file a joint report on the status of the arbitration by January 10, 2025, followed by supplemental joint status reports thereafter; and cautioned that "[i]f the parties fail to timely file a joint report, this action will be dismissed without prejudice for lack of prosecution." *Id*. The Court also ordered:

> Alternatively, if the parties wish to avoid the need for status reports, they may instead file a stipulation to dismiss the action without prejudice, which relieves the Court of the obligation to monitor the status of the case, and which the Court will treat as functionally indistinguishable from a stay in terms of the parties' ability to seek confirmation, modification, or vacatur of an arbitration award.

*Id*.

The parties did not file either a stipulation consistent with the Court's order or the joint report that was due on January 10. Accordingly, the parties are ORDERED to show cause at an in-person hearing on January 24, 2025 at 8:30 a.m.

1

why this case should not be dismissed without prejudice for lack of prosecution, consistent with the Court's August 8, 2024 order. The parties shall file a joint written response to this order to show cause (OSC), together with their overdue joint status report, no later than January 17, 2025. Alternatively, if the parties file a stipulation of dismissal by January 17, 2025, the OSC will be automatically discharged, and the January 24 hearing will be automatically vacated by operation of this order.

Date: January 13, 2025

                                    Stanley Blumenfeld, Jr.
                                  United States District Judge