JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPITA MARTINEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05750-SB-MAA<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

# **ORDER**

Plaintiff Lupita Martinez and Defendants Pinnacle Property Management Services, LLC and Cushman & Wakefield California, Inc. filed a stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action without prejudice, and with no party being declared a prevailing party for any purpose. Dkt. No. 22.

This stipulation is hereby approved, and this case is dismissed without prejudice and without any party being declared a prevailing party for any purpose.

This dismissal without prejudice is treated by the Court as functionally indistinguishable from a stay in terms of the parties' ability to seek confirmation, modification, or vacatur of an arbitration award. This dismissal is made without prejudice to any rights that Plaintiff may have to file or have heard any motion based on California Code of Civil Procedure §§ 1281.97–99.

Pursuant to the Court's January 13, 2025 order, the order to show cause is discharged and the January 24 hearing is vacated.

Dated: January 21, 2025

Stanley Blumenfeld, Jr.
United States District Judge